**Order entered August 2, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00338-CV

### HOWARD P. BYRNES, JR., Appellant

### V.

### GLENDA L. BYRNES, Appellee

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-01739**

## ORDER

Before the Court is appellee's July 29, 2021 motion for an extension of time to file her brief on the merits and appellant's response opposing the motion. We **GRANT** the motion and extend the time to **September 7, 2021**.

/s/    CRAIG SMITH
       JUSTICE